### (October 22, 1980)

■ ANTHONY SCOTTO et al., Individually and as Elected Officers of the International Longshoremen's Association, AFL-CIO, Local 1814, Appellants, v WATERFRONT COMMISSION OF NEW YORK HARBOR et al., Respondents. —Order and judgment (one paper) of the Supreme Court, Kings County, dated October 1, 1980, affirmed, without costs or disbursements, for the reasons set forth in the opinion of Mr. Justice Scholnick at Special Term. Lazer, J. P., Gibbons, Cohalan and Weinstein, JJ., concur.

### (October 23, 1980)

■ In the Matter of ROSE L. RUBIN, Appellant, v ANTHONY SADOWSKI et al., Constituting the Board of Elections of the City of New York, Respondents.—Judgment of the Supreme Court, Queens County, dated October 21, 1980, affirmed, without costs or disbursements. No opinion. Mollen, P. J., Damiani, Mangano and Martuscello, JJ., concur.